# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

CHARLES ASHFORD,      PLAINTIFF
ADC #133975

v.      5:18CV00271-JM-JTK

REED MARSHALL, et al.      DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's Motion to Proceed in forma pauperis (Doc. No. 1) is DENIED.

2. Should Plaintiff wish to continue prosecuting this case, he must submit the statutory filing fee of $400 to the Clerk, noting the above case style and number within ten (10) days of the date of this Order, along with a motion to reopen the case. Upon receipt of the motion and full payment, the case will be reopened.

3. This case is DISMISSED without prejudice.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 27th day of November, 2018.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE